**DISMISS and Opinion Filed May 11, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00122-CV**

**BLAS HERRERA AND SUSANNE HERRERA AND DOUGLAS BANKSTON AND JUDITH BANKSTON, JASON BROWN AND SHERYL BROWN, AND ELLEN GARDNER, Appellants**
**V.**
**THE CITY OF ROWLETT, TEXAS, Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-10894**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

After appellants failed to timely file their brief, we directed appellants by postcard dated April 4, 2022 to file their brief within ten days and cautioned them that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellants have not filed their brief.[1]

---

[1] Because appellee filed a brief, the clerk's office telephoned appellants' counsel regarding their failure to file a brief. Appellants' attorney indicated that he assumed we would dismiss the case and that he did not intend to file a brief or a motion to dismiss.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.3(a)(1); 42.3(b),(c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220122F.P05



# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BLAS HERRERA AND SUSANNE
HERRERA AND DOUGLAS
BANKSTON AND JUDITH
BANKSTON, JASON BROWN
AND SHERYL BROWN, AND
ELLEN GARDNER, Appellants

No. 05-22-00122-CV      V.

THE CITY OF ROWLETT, TEXAS,
Appellee

On Appeal from the 95th District
Court, Dallas County, Texas
Trial Court Cause No. DC-21-10894.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee THE CITY OF ROWLETT, TEXAS recover
its costs of this appeal from appellants BLAS HERRERA AND SUSANNE
HERRERA AND DOUGLAS BANKSTON AND JUDITH BANKSTON, JASON
BROWN AND SHERYL BROWN, AND ELLEN GARDNER.

Judgment entered this 11th day of May 2022.

–3–